# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAY GRYBOWSKI,
                          Appellant,
                vs.
DEBRA GRYBOWSKI,
                          Respondent.

No. 72110

FILED

MAY 05 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court summary judgment. Eighth Judicial District Court, Family Court Division, Clark County; Lisa M. Brown, Judge.

On March 2, 2017, this court entered an order granting counsel for appellant's motion to withdraw as counsel of record. That order directed appellant to, within 30 days, either (1) retain new counsel and cause counsel to file a notice of appearance in this court; or (2) inform this court, in writing, that he does not intend to retain new counsel and will be proceeding in pro se. The order cautioned appellant that failure to comply could result in the dismissal of this appeal as abandoned.

To date, appellant has failed to comply with our order or to otherwise communicate with this court. Accordingly, we conclude that this appeal has been abandoned and we,

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Lisa M. Brown, District Judge, Family Court Division
Robert E. Gaston, Settlement Judge
Jay Grybowski
Vaccarino Law Office
Eighth District Court Clerk